

# Fourth Court of Appeals
## San Antonio, Texas

November 18, 2020

No. 04-19-00753-CR

Paul **PESINA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 18-10-161-CRW
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant's pro se motion requesting a bench warrant is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of November, 2020.



_____
MICHAEL A. CRUZ, Clerk of Court